# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134421

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                   SC: 134421
                                                    COA: 274566
                                                    Muskegon CC: 01-046785-FC
DEYONTA R. ROBINSON,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

d1217

_____
Clerk